IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-60892

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEE VANCE THOMAS, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:01-CR-14-ALL-P

_____

July 16, 2002

Before JOLLY, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[1]

We have reviewed the record in this case and find that the district court's good opinion, including its findings and conclusions, is amply supported by the record and the precedent of this court. We therefore AFFIRM the judgment of the district court. See 5TH CIR. R. 47.6.

AFFIRMED.

---

[1] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.